UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Case Transfers to
**District Judge Melissa Damian**

| Case | | Case No. |
|---|---|---|
| Smith v. CITY OF MIAMI et al | (Plaintiff v. Defendant), Case No: | 1:23-CV-24150-JEM |
| Rincones Bohorquez v. International Cruise Shops, Ltd. et al | (Plaintiff v. Defendant), Case No: | 1:24-CV-20330-JEM |
| Buckstein et al v. NCL (Bahamas) Ltd. et al | (Plaintiff v. Defendant), Case No: | 1:24-CV-20481-JEM |
| Accelerant Specialty Insurance Company v. Sunnybay Miami, LLC | (Plaintiff v. Defendant), Case No: | 1:23-CV-22593-JEM |
| Arora v. Miami-Dade County, Florida | (Plaintiff v. Defendant), Case No: | 1:23-CV-20962-JEM |
| Reagent Fund II, LP v. Lotus Gunworks of South Florida, LLC et al | (Plaintiff v. Defendant), Case No: | 2:23-CV-14256-JEM |
| AGL Freight & Logistics LLC v. JPMorgan Chase Bank N.A. | (Plaintiff v. Defendant), Case No: | 1:23-CV-23674-JEM |
| DOE (K.C.) v. MSC CRUISES S.A. a/k/a MSC CRUISES S.A. CO. f/k/a MSC CRUISES (USA) INC. | (Plaintiff v. Defendant), Case No: | 1:23-CV-24614-JEM |
| Becerra Olguin v. Sunbeam Products, Inc. | (Plaintiff v. Defendant), Case No: | 0:22-CV-60259-JEM |
| Dugan v. Carnival Corporation | (Plaintiff v. Defendant), Case No: | 1:23-CV-22839-JEM |
| Paul et al v. The Grand Condominium Association, Inc. et al | (Plaintiff v. Defendant), Case No: | 1:23-CV-23649-JEM |
| OTTO Archive, LLC v. Haute Residence LLC et al | (Plaintiff v. Defendant), Case No: | 1:23-CV-23959-JEM |
| USA v. De La Cruz-Ramon | (USA v. Defendant), Case No: | 1:23-CR-20485-JEM |
| USA v. Arnicious Xavier Odom, et al | (USA v. Defendant), Case No: | 0:23-CR-60205-JEM |

### ORDER OF REASSIGNMENT

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Melissa Damian.**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04). It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the **Honorable Melissa Damian** as of ___March 6, 2024___ for all further proceedings. It is further

ORDERED that all currently pending hearings set before the undersigned Judge are hereby TERMINATED and are to be rescheduled by **District Judge Melissa Damian.** It is further

ORDERED all deadlines will REMAIN IN EFFECT unless altered by **District Judge Melissa Damian.** It is further

ORDERED that all papers hereafter filed shall bear the assigned case number followed by the initials **MD** in lieu of the present initials.

DONE and ORDERED at  Miami , Florida, in chambers this  6  day of  March , 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

c: All counsel of record/pro se parties