UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20481-CIV-DAMIAN/Sanchez

**SANDRA BUCKSTEIN**, *et al.*,

    Plaintiffs,

v.

**NCL (BAHAMAS) LTD.**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. Federal Rule of Civil Procedure 4(m) requires service of a summons and complaint to be perfected upon a defendant within ninety (90) days after the filing of the complaint. *See* Fed. R. Civ. P. 4(m). Plaintiffs filed a Complaint on February 6, 2024 [ECF No. 1], and to date, there is no indication that Plaintiffs have filed proposed summonses or taken any steps in furtherance of service on Defendants. It is therefore

**ORDERED** that on or before **May 6, 2024**, Plaintiffs shall perfect service upon Defendants or show cause why this action should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by May 6, 2024 will result in a dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of March, 2024.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE