UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20481-CIV-DAMIAN

**SANDRA BUCKSTEIN** and
**STEPHEN BUCKSTEIN**,

      Plaintiffs,

v.

**NCL (BAHAMAS), LTD.**, *et al.*,

      Defendants.
_____/

**ORDER ON PLAINTIFFS' MOTION TO DROP
DEFENDANT NCL CORPORATION LTD. [ECF NO. 14]**

**THIS CAUSE** is before the Court upon Plaintiffs' Motion to Drop Defendant NCL Corporation Ltd., filed on May 20, 2024 [ECF No. 14 (the "Motion")].

THE COURT has reviewed the Motion, the pertinent portions of the record, and the applicable law and is otherwise fully advised.

In the Motion, Plaintiffs seek to drop Defendant NCL Corporation Ltd. as a party to this action pursuant to Federal Rule of Civil Procedure 21 on grounds this Defendant is "an incorrect party." *See* Motion. Plaintiffs also indicate, "Defendants have stipulated that NCL (BAHAMAS), LTD will satisfy any settlements and/or judgments pertaining to captioned Plaintiffs." *Id*.

There are several problems with the Motion, as filed. The primary issue is that since it was filed as a Motion pursuant to Rule 21, as opposed to as a Notice pursuant to Rule 41, Plaintiffs must comply with Southern District of Florida Local Rule 7.1(a)(3), which requires Plaintiffs to confer with all parties affected by the relief sought in the motion and to

certify that they have so conferred and what the results of that conferral are. It is unclear whether the parties agree to the relief sought in the Motion, and it is unclear why the Motion was filed pursuant to Rule 21 and not as a Notice pursuant to Rule 41.

In any event, Plaintiffs' failure to comply with Local Rule 7.1(a)(3) is sufficient cause for denial of the Motion. Accordingly, it is

**ORDERED and ADJUDGED** that Plaintiffs' Motion to Drop Defendant, NCL Corporation Ltd., [ECF No. 14] is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 21st day of May, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:   Counsel of Record