UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20481-CIV-DAMIAN

**SANDRA BUCKSTEIN and
STEPHEN BUCKSTEIN**,

    Plaintiffs,

v.

**NCL (BAHAMAS), LTD.**, *et al.*,

    Defendants.
_____/

## ORDER REQUIRING PROOF OF SERVICE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record.

On May 10, 2024, the Court granted Plaintiffs' Motion for Reconsideration, vacated its prior Order of Dismissal for failure to perfect service upon Defendants, and reinstated this action to the active docket based on a showing of excusable neglect pursuant to Federal Rule of Civil Procedure 60(b)(1), which led to the failure to file proof of service. *See* ECF No. 13. In that Order, the Court directed Plaintiffs to re-file on the Court's docket the affidavits of service as to each Defendant that were attached as exhibits to Plaintiffs' Motion for Reconsideration. [ECF Nos. 1-2 and 1-3]. To date, Plaintiffs have failed to comply with the Court's Order. Accordingly, it is

**ORDERED** that by **May 24, 2024**, Plaintiffs shall file in the Court's docket proof of service as to each Defendant or show cause in writing why sanctions should not be imposed

for the failure to comply with the Court's Orders. Failure to comply with this Order may result in dismissal of this lawsuit without further notice.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 22nd day of May, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record